# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**DEXTER JAGNEAUX and**
**JENNIFER JAGNEAUX**                                                      **PLAINTIFFS**

**VERSUS**                               **CIVIL ACTION NO. 1:18-CV-186-LG-RHW**

**MISSISSIPPI POWER COMPANY, ET AL.**                          **DEFENDANTS**

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

BEFORE THE COURT is the [137] Motion for Summary Judgment filed by Defendant, AECOM Energy & Construction, Inc., f/k/a URS Energy & Construction, Inc., seeking dismissal of all claims brought against it by Plaintiffs. Plaintiffs did not file a response, but instead have informed the Court that they are not opposed to the Court granting the Motion; the parties agree that Plaintiffs' claims against AECOM Energy & Construction, Inc., f/k/a URS Energy & Construction, Inc., are barred by the exclusivity provisions of the Mississippi Workers' Compensation Act. Based on the agreement that Summary Judgment is appropriate, the Court will grant AECOM Energy & Construction, Inc., f/k/a URS Energy & Construction, Inc.'s Motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Motion [137] for Summary Judgment filed by Defendant, AECOM Energy & Construction, Inc., f/k/a URS Energy & Construction, Inc., is GRANTED. Plaintiffs' claims against AECOM Energy & Construction, Inc., f/k/a URS Energy & Construction, Inc. are DISMISSED with prejudice.

SO ORDERED AND ADJUDGED, this the 27th day of March, 2019.

_____
LOUIS GUIROLA, JR.
U. S. DISTRICT JUDGE

APPROVED AND AGREED:

_____
JIM REEVES / MSB#9519
Attorney for Plaintiffs

_____
TIMOTHY D. CRAWLEY / MSB#7826
Attorney for Defendant,
AECOM Energy & Construction, Inc.,
f/k/a URS Energy & Construction, Inc.