

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

APR 18 2019

ARTHUR JOHNSTON
BY_____ DEPUTY

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

DEXTER JAGNEAUX and
JENNIFER JAGNEAUX                                          PLAINTIFFS

VERSUS                              CIVIL ACTION NO. 1:18-CV-186-LG-RHW

MISSISSIPPI POWER COMPANY, ET AL.                         DEFENDANTS

## ORDER DISMISSING DEFENDANT AECOM C & E, INC.

THIS MATTER came before the Court on the Motion *ore tenus* of the Plaintiffs,

Dexter Jagneaux and Jennifer Jagneaux, by their counsel, to voluntarily dismiss the

Defendant AECOM C & E, Inc., only, pursuant to Rule 41(a)(2), Fed.R.Civ.P.,

Plaintiffs being advised and having confirmed that said entity had no involvement

with the construction project at issue in Jackson County, Mississippi, involved in this

civil action, and there being no Cross-Claims filed against said Defendant by any of

the other parties involved herein.  The Court, being thus fully advised in the

premises, finds that said Motion is well taken, and that the same should be, and it

is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Defendant, AECOM C

& E, Inc., is hereby dismissed without prejudice, pursuant to Rule 41(a)(2),

Fed.R.Civ.P.

SO ORDERED AND ADJUDGED, this the 18th day of March, April 2019.

_____
LOUIS GUIROLA, JR.
U. S. DISTRICT JUDGE

APPROVED AND AGREED:

_____
JIM REEVES / MSB#9519
Attorney for Plaintiffs

_____
TIMOTHY D. CRAWLEY / MSB#7826
Attorney for Defendant,
AECOM C & E, Inc.

Prevail History/4040.005/Pleadings - Dispositive